# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1868
_____

Richard Otto Hansen

*Plaintiff - Appellant*

v.

Jana M. Chase, in her individual capacity, and in her official capacity as a
Community Services Coordinator of Community Action Partnership of Mid-Nebraska

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: December 31, 2020
Filed: January 6, 2021
[Unpublished]

_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Richard Otto Hansen appeals the district court's[1] pre-service dismissal of his action under 42 U.S.C. § 1983 for failure to prosecute and failure to comply with an order of the court. After careful review of the record and Hansen's arguments on appeal, we find no basis for reversal. *See Smith v. Gold Dust Casino*, 526 F.3d 402, 404 (8th Cir. 2008) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny as moot Hansen's motion for appointment of counsel.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.